NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
MAX B. SHINER (Cal. Bar No. 187125)
WILSON PARK (Cal. Bar No. 239527)
ARON KETCHEL (Cal. Bar No. 250345)
Assistant United States Attorneys
Violent & Organized Crime Section
     1500/1200/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/3308/5796/1019
     Facsimile: (213) 894-6436
     E-mail:    mack.jenkins@usdoj.gov
                max.shiner@usdoj.gov
                wilson.park@usdoj.gov
                aron.ketchel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-338(C)-SJO-4, 13, 31 |
|---|---|
| Plaintiff, | GOVERNMENT'S PARTIALLY OPPOSED MOTION IN LIMINE TO ADMIT SELF-AUTHENTICATING RECORDS |
| v. | |
| TYRINE MARTINEZ, et al.,  [#4 MARQUIS SHAW],  [#13 JOSHUA PEREZ], and  [#31 ANTHONY INGRAM], | Hearing Date: Feb. 6, 2018  Hearing Time: 9:00 a.m.  Location:    Courtroom of the             Hon. S. James Otero |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorneys Max B. Shiner,
Wilson Park, and Aron Ketchel, hereby moves in limine requesting the

1 | Court admit certain records pursuant to Federal Rules of Evidence 902

2 | and 803.

3 |     This motion is based upon the attached memorandum of points and

4 | authorities, the attached exhibits, the files and records in this

5 | case, and such further evidence and argument as the Court may permit.

6 |     Counsel for defendant Marquis Shaw and Anthony Ingram informed

7 | the government that they do not oppose this Motion.  Counsel for

8 | defendant Joshua Perez informed the government that he opposes this

9 | Motion.

10 |  Dated: January 30, 2018     Respectfully submitted,

11 |       NICOLA T. HANNA
      United States Attorney

12 |

13 |       LAWRENCE S. MIDDLETON
      Assistant United States Attorney
      Chief, Criminal Division

14 |

15 |         /s/_____
      MAX B. SHINER

16 |       WILSON PARK
      ARON KETCHEL
      Assistant United States Attorneys

17 |

18 |       Attorneys for Plaintiff
      UNITED STATES OF AMERICA

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.   INTRODUCTION**

At trial, the government will seek to introduce certified copies of public records as well as certified domestic records of regularly conducted activity, all of which are self-authenticating under Rule of Evidence 902 and fall under one or more exceptions to the rule against hearsay (Rule of Evidence 803).  Specifically, the government will seek to introduce records from the California Employment Development Department ("EDD"), 911 calls concerning a murder alleged in the Second Superseding Indictment, and cellular phone records from Metro PCS.

Public records and business records represent firmly rooted hearsay exceptions.  Accordingly, if evidence meets the requirements for admission under either rule, no further showing of reliability is necessary for admission under the Confrontation Clause.  "Properly administered, the business and public records exception would seem to be among the safest of hearsay exceptions."  Ohio v. Roberts, 448 U.S. 56, 66 n.8 (1980).  In the interests of efficient trial proceedings, the government hereby requests that the Court admit such documents.

Counsel for defendant Marquis Shaw and Anthony Ingram informed the government that they do not oppose this Motion.  Counsel for defendant Joshua Perez informed the government that he opposes this Motion.

**II.  EDD RECORDS ARE ADMISSIBLE UNDER RULES 902(4) AND 803(10)**

At trial, the government intends to introduce EDD records indicating that that "there were no employer wages reported" for a specified time period for defendants Marquis Shaw and Joshua Perez.

1    (Exs. A-1, A-2.)  Under Rule of Evidence 902(4), "a copy of an
2    official record — or a copy of a document that was recorded or filed
3    in a public office as authorized by law [is self-authenticating] if
4    the copy is certified as correct by . . . the custodian or another
5    person authorized to make the certification."  Each EDD record is a
6    copy of an official record that is signed and certified by an EDD
7    official authorized to make such a certification.  The EDD records
8    therefore are self-authenticating certified copies of public records
9    under Rule of Evidence 902(4).

10        The EDD reports at issue indicate the <u>absence</u> of records of
11   employment history.  The absence of a public record may be admitted
12   pursuant to Rule of Evidence 803(10).  Rule 803(10) provides that a
13   certification admitted under Rule of Evidence 902 falls within an
14   exception to hearsay if: "the testimony or certification is admitted
15   to prove that . . . a matter did not occur or exist, if a public
16   office regularly kept a record or statement for a matter of that
17   kind."  The EDD's certifications of no records fall squarely within
18   the records described in Rule 803(10).

19        Rule 803(10) further requires that "in a criminal case, a
20   prosecutor who intends to offer a certification provides written
21   notice of that intent at least 14 days before trial, and the
22   defendant does not object in writing within 7 days of receiving the
23   notice — unless the court sets a different time for the notice or the
24   objection."  Here, the government produced the EDD records at issue
25   to defense counsel on December 7, 2017, and provided formal notice of
26   its intent to introduce the EDD records at trial on January 27, 2018
27   (ten days before trial).  The government respectfully requests that
28   the Court find the government's notice sufficient.  Given the

anticipated length of the government's case-in-chief, defendants have sufficient time to challenge the accuracy of the EDD records prior to the government admitting the EDD records at trial.

If the EDD records are not admitted as self-authenticated records, the government is prepared to call an EDD official to testify regarding the lack of employment records for defendants Shaw and Perez.  Such testimony would not be subject to the notice requirement under Rule 803(10).  Admission of the certification, however, would lead to a more efficient trial presentation.  Because defendants are not prejudiced by the notice the government provided, the government requests that the Court admit the EDD records as self-authenticating records pursuant to Rules of Evidence 902(4) and 803(10).

## III. 911 CALLS ARE SELF-AUTHENTICATING RECORDS THAT FALL UNDER VARIOUS HEARSAY EXCEPTIONS

The government seeks to introduce two 911 calls related to the murder of victim W.S. on May 10, 2012 (the "Slauson-Rimpau Murder," alleged as Overt Act 46 of Count 1 and Count 3 in the Second Superseding Indictment) (Exhibits B-1 and B-2).[1]  The two 911 calls were made between approximately 12:19 a.m. and 12:21 a.m. on the morning of the murder[2] and, based upon the nature of the calls, appear to have been made immediately after the shooting occurred. The 911 callers were residents in the neighborhood who reported

---

[1] The government has attached the transcripts of the 911 calls for the Court's convenience.  (Exs. B-1, B-2.)  At trial, the government would seek admission of the audio file of the call and not the transcript (which would only be provided as a demonstrative aid to the jury).  The government is prepared to lodge the audio file of the calls with the Court at the Court's request.

[2] The call times are automatically recited on the audio file but are not reflected in the transcript of the call.

3

hearing dozens of gunshots as well as observing a suspect vehicle in the area.

For example, one caller immediately reported that he "just heard about 50 gunshots right outside of my house." (Ex. B-1.) The time of the call will help establish the time of the murder and, in turn, help establish that the suspicious activity seen by other witnesses around that timeframe was linked to the murder. Another caller reported seeing a car drive away from the shooting and reported that she had seen the same car drive around the block ten minutes prior the shooting. (Ex. B-2.)[3]

The 911 calls are relevant and admissible. An official with the Los Angeles Police Department's Communication Division provided a signed certification authenticating the audio files of the 911 calls. (Ex. B-3.) The signed certification satisfies the requirements of Rules of Evidence 902(4), as described above. In addition, the certification for the 911 calls satisfies the requirement for certified domestic records of regularly conducted activity under Rule of Evidence 902(11).

A document is admissible under Rule 902(11) if two foundational facts are established: (a) the document was made or transmitted by a person with knowledge at or near the time of the incident recorded, and (b) the document was kept in the course of a regularly conducted business activity. See Kennedy v. Los Angeles Police Dept., 901 F.2d 702, 717 (9th Cir. 1990) (overruled on other grounds by Hunter v.

_____

[3] The audio file corresponding to Exhibit B-2 also contains brief exchanges between the 911 operator and officers dispatched to the scene of the murder. The exchanges, in which the operator relays information previously provided by the 911 caller, will not be admitted for the truth of the matter asserted.

4

1  Bryant, 502 U.S. 224, 227–28 (1991)); Fed. R. Evid. 803(6).  In
2  determining if these foundational facts have been established, the
3  Court may consider hearsay and other evidence not admissible at
4  trial.  Fed. R. Evid. 104(a) and 1101(d)(1); Bourjaily v. United
5  States, 483 U.S. 171, 178-79 (1987).  The foundation may be
6  established either through a custodian of records or "other qualified
7  witness."  The phrase "other qualified witness" is broadly
8  interpreted to require only that the witness understand the record
9  keeping system.  See United States v. Ray, 920 F.2d 562, 565 (9th
10 Cir. 1990); United States v. Hathaway, 798 F.2d 902, 906 (6th Cir.
11 1986).

12      The Rules of Evidence further provide that business records are
13 self-authenticating — and thus do not require the government to lay
14 additional foundation as a prerequisite to admission — if they are
15 accompanied by a written declaration from a custodian of the records
16 certifying that the records were made in accordance with the
17 requirements of Rule 803(6) of the Federal Rules of Evidence.  See
18 Securities Exchange Commission v. Franklin, 348 F.Supp.2d 1159, 1162–
19 63 (S.D. Cal. 2004); Fed. R. Evid. 902(11).  A party intending to
20 offer a record into evidence as self-authenticating must (1) provide
21 written notice of that intention to all adverse parties; and (2) make
22 the record and certification available for inspection.  Fed. R. Evid.
23 902(11).

24      Here, the certification provides that the 911 calls "were
25 prepared by personnel of the City of Los Angeles in the ordinary
26 scope and course of business at or near the time of the acts or
27 events."  (Ex. B-3.)  On January 27, 2018, the government provided
28 notice of its intention to offer the 911 calls as evidence at trial

and the certification for the calls was previously produced to defense counsel.  The 911 calls are therefore self-authenticating.

In addition, the 911 calls fall under multiple hearsay exceptions because the calls contain witnesses' excited utterances and present sense impressions.  Immediately after perceiving the startling event of having dozens of shots being fired directly outside their houses, the 911 callers were still under the stress of excitement of the shooting when they called 911.  Bemis v. Edwards, 45 F.3d 1369, 1372 (9th Cir. 1995) ("Hearsay statements on a 911 tape can be admitted into evidence as either a 'public record,' Fed. R. Evid. 803(8)(B), or a 'business record,' Fed. R. Evid. 803(6)" as long as the statement qualifies as either an excited utterance or a present sense impression) (citing United States v. Sallins, 993 F.2d 344, 347-48 & n. 4 (3d Cir. 1993) (noting that a 911 tape itself is probably a "public record")); United States v. Mejia-Valez, 855 F. Supp. 607, 613-14 (E.D.N.Y. 1994) (admitting a tape of 911 call made by an eyewitness immediately following a shooting as both excited utterance and present sense impression); United States v. Campbell, 782 F. Supp. 1258, 1260-61 (N.D. Ill. 1991) (admitting a 911 tape of an eyewitness's description of a gunman as both excited utterance and present sense impression).

Declarations of present sense impressions – which "describe[e] or explain[] an event or condition, made while or immediately after the declarant perceive[s] it" – are substantively admissible despite the general prohibition on hearsay statements.  Fed. R. Evid. 803(1). Pursuant to this exception, statements to dispatch by 911 callers may be admitted if they are contemporaneous or "nearly contemporaneous with the incident described and made with little chance for

1   reflection," and demonstrate that the caller had personal knowledge

2   of the events she described.  Bemis, 45 F.3d at 1372.  Here, the

3   callers described the immediate aftermath of a murder, including

4   reporting the number of shots fired and the description of vehicles

5   fleeing the scene.  All of these statements are contemporaneous or

6   "nearly contemporaneous" to the events being described, and are thus

7   admissible as present sense impressions.

8        Alternatively, the statements on the calls are also excited

9   utterances "relating to a startling event or condition, made while

10  the declarant was under the stress of excitement that it caused."

11  Fed. R. Evid. 803(2).  To fall under this exception, the following

12  must be true: (1) there must have been some event "startling enough"

13  to generate a "nervous excitement" that would render statements

14  "spontaneous and unreflecting"; (2) the utterance must be made

15  "before there had been time to contrive and misrepresent, i.e., while

16  the nervous excitement may be supposed still to dominate and the

17  reflective powers to be yet in abeyance"; and (3) the utterance must

18  "relate to the circumstances of the occurrence preceding it."  United

19  States v. Alarcon-Simi, 300 F.3d 1172, 1175 (9th Cir. 2002) (internal

20  quotation marks omitted).  The barrage of bullets in the middle of

21  the night was startling enough to generate nervous excitement on the

22  part of the callers.  The calls were made within a few minutes of the

23  shooting and were related to the shooting.  For these reasons, the

24  Court should admit the 911 calls as excited utterances.

25  **IV.  METRO PCS RECORDS ARE ADMISSIBLE UNDER RULES 902(11) AND 803(6)**

26       The government intends to introduce cellular phone records from

27  Metro PCS related to the investigation of the Slauson-Rimpau Murder.

28  Specifically, the government seeks to introduce subscriber records

and call detail records for a cellular phone subscribed to defendant Perez at the time of the murder.  (Exs. C-1, C-2.)  The signed certification for these records is attached as Exhibit C-3.  The government also seeks to introduce subscriber records for another Broadway Gangster Crips gang member (with initials B.B.) who called defendant Perez shortly before and after the murder occurred.  (Ex. C-4.)  The signed certification for these records is attached as Exhibit C-5.  On January 27, 2018, the government provided defense counsel with notice of the government's intention to introduce these documents, all of which, along with their respective certifications, were previously produced to defense counsel.

The two business record certifications from Metro PCS satisfy the requirements of 902(11) described above.  The government need not establish precisely when or by whom the document was prepared; all the rule requires is that the document be made "at or near the time" of the act or event it purports to record.  <u>Ray</u>, 920 F.2d at 565; <u>United States v. Huber</u>, 772 F.2d 585, 591 (9th Cir. 1985).

The certifications signed by an authorized representative of Metro PCS are routine business record certifications that also satisfy the requirements under Rule of Evidence 803(6).  The records provided by Metro PCS are therefore self-authenticating business records that should be admitted at trial.

V.   **CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court allow the admission of the EDD records, the 911 calls, and the Metro PCS records pursuant to Federal Rules of Evidence 902(4), 902(11), 803(1), 803(2), 803(6), 803(8), and 803(10). Admitting these records as self-authenticating records will obviate

1   the need for the government to call three additional witnesses
2   (records custodians) at trial and therefore will permit the trial to
3   proceed more efficiently.

# EXHIBIT A-1

*California Labor and Workforce Development Agency*

 **Employment Development Department** State of California



**Edmund G. Brown Jr.**
Governor

October 27, 2017

Special Agent Michael Fukuda
FBI
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

## CERTIFICATE OF FACTS

I, Sheila Stephens, do hereby certify that I am a Senior Accounting Officer for Document Retrieval Unit, Employment Development Department, State of California. I am duly authorized Custodian of Records for the above mentioned department and have the authority to certify records.

In your request received October 24, 2017, you requested employment wage information for the individual Marquis Shaw with the SSN ▮▮▮▮ 9658. Based on the review that was conducted on the Department's Wage Record System, there were no employer wages reported for the provided individual name with the provided SSN for requested tax period 2004-2 through 2015-4.

If you have any additional identifying information, such as additional aliases, or Social Security Numbers, you may resubmit the request to the EDD Legal Office for further processing.

I declare under penalty of perjury that the above information is true and correct. If you have any questions regarding this letter, please contact me at (916) 255-0622.

Sincerely,

Sheila Stephens, Sr. Accounting Officer
Tax Branch, Document Management Group MIC 96

GR079813

# EXHIBIT A-2

*California Labor and Workforce Development Agency*

 **Employment**
**Development**
**Department**
State of California



Edmund G. Brown Jr.
Governor

October 27, 2017

Special Agent Michael Fukuda
FBI
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

## CERTIFICATE OF FACTS

I, Sheila Stephens, do hereby certify that I am a Senior Accounting Officer
for Document Retrieval Unit, Employment Development Department, State
of California. I am duly authorized Custodian of Records for the above
mentioned department and have the authority to certify records.

In your request received October 24, 2017, you requested employment
wage information for the individual Joshua Perez with the SSN ▮▮▮▮6603
and/or ▮▮▮▮6633. Based on the review that was conducted on the
Department's Wage Record System, there were no employer wages
reported for the provided individual name with the provided SSN for
requested tax period 2004-2 through 2015-4.

If you have any additional identifying information, such as additional aliases,
or Social Security Numbers, you may resubmit the request to the EDD Legal
Office for further processing.

I declare under penalty of perjury that the above information is true and
correct. If you have any questions regarding this letter, please contact me
at (916) 255-0622.

Sincerely,

Sheila Stephens, Sr. Accounting Officer
Tax Branch, Document Management Group MIC 96

GR079814

# EXHIBIT B-1

**UNCLASSIFIED**

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD, STE 1700
LOS ANGELES, CA  90024

| | |
|---|---|
| Requesting Official(s) and Office(s): | SA Michael Fukuda, Los Angeles |
| File Number: | 245D-LA-256619 |
| Session Number: | REDACTED_INC.120510000090(1) |
| Date: | May 10, 2012 |
| Total run time of recording: | 1 minute 07 seconds |
| From: | [Redacted] (Reporting Party) |
| To: | LAPD 911 Operator 640 |

**VERBATIM TRANSLATION**

**Participants**                                        **Abbreviations**

OP:        Operator 640                    Primary language:    (standard) English
RP:        [Redacted] (Reporting Party)    UI:                  Unintelligible

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  245D-LA-256619
Session Number:  REDACTED_INC.120510000090(1)

OP:        Los Angeles Police Department, Operator 640, what are you reporting?

RP:        Yeah, I just heard about 50 gunshots right outside of my house.

OP:        Okay, do you hear anyone screaming or any vehicles driving away at a high rate of speed?

RP:        Uh, no.

OP:        Okay, what's the address?

RP:        Uh, [Redacted].

OP:        Okay, did it sound like it was coming from the front or to the rear of your location?

RP:        Uh, to the rear.

OP:        Okay, we'll get someone out there to check that area.  In case we have any questions, like, if we, for further, like, do you still hear it, see anything, can we contact you by phone or do you not wish any contact?

RP:        No, you can contact me by phone.

OP:        Okay, sir, what's the phone number, beginning with area code?

RP:        [Redacted]

OP:        And your name?

RP:        [Redacted].

OP:        Thank you for calling.  We'll get someone out there.  [UI] like I said, if you hear any screaming or any additional, just give us a call back, Okay?

RP:        Okay, thank you.

OP:        Thank you.

RP:        Bye-bye.

OP:        Bye-bye.

END

1
**UNCLASSIFIED**

# EXHIBIT B-2

**UNCLASSIFIED**

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD, STE 1700
LOS ANGELES, CA  90024

| | |
|---|---|
| Requesting Official(s) and Office(s): | SA Michael Fukuda, Los Angeles |
| File Number: | 245D-LA-256619 |
| Session Number: | REDACTED_INC.120510000091(3) |
| Date: | May 10, 2012 |
| Total run time of recording: | 7 minutes |
| From: | [Redacted] (Reporting Party) |
| To: | LAPD 911 Operator |

**VERBATIM TRANSLATION**

| **Participants** | | **Abbreviations** | |
|---|---|---|---|
| OP: | Operator | Primary language: | (standard) English |
| RP: | [Redacted] (Reporting Party) | UI: | Unintelligible |
| UF: | Unknown Female | | |

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  245D-LA-256619
Session Number:  REDACTED_INC.120510000091(3)

OP:  [UI]

RP:  Hi, this is Juice, I don't know what the hell it was. There was like a machine gun. I don't know where it, what. It was on the corner of 58th and Rimpau.

OP:  58th Place and Rimpau?

RP:  Yeah, I mean.

OP:  How many did you hear ma'am?

RP:  I don't know, honey. There were…

OP:  Approximately? Multiple?

RP:  Multiple. There were so many, I couldn't even keep track of how many gunshots they were.

OP:  Uh, multiple shots heard possibly from…

RP:  [UI].

OP:  Machine gun, right?

RP:  Yeah. What happened was I heard a strange car. I mean, you know, a car that sounded loud going down the street.

OP:  Uh, huh.

RP:  And I, I didn't, usually, sometimes I look, you know. But this, something told me look and I didn't look. And then, with enough time for the car to have passed my house and get to the corner, all of a sudden – I, I mean, it just started a whole bunch of bullets. And the thing about I, I stupidly of course, opened up the door and looked outside. I didn't go outside, but I looked out.

OP:  Uh, huh.

RP:  And I looked down the street and I saw, like, brake lights of a, of a car, but I couldn't see what, you know what the car looked like. All I could see was brake lights and, they just coasted.

OP:  Ok, which direction were they going on 58th Place?

RP:  They were going east on 58th.

1
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  245D-LA-256619
Session Number:  REDACTED_INC.120510000091(3)

OP:         [UI] know of any victims, ma'am?

RP:         I don't know, honey. I, I, I…

OP:         Or any screaming?

RP:         I, I, I heard voices but I don't know, you know, I.. I…I ….I don't know where they were coming from. I mean, they were coming from that direction, but were they coming from the place where the shots were? It, it – I, I don't know. It, It just, I mean, I haven't seen or heard that.

OP:         Calm down. Let me see. Let me get a unit going out. [UI]. One second.

RP:         I want to go outside.

OP:         Hold on just a second. Ok?

RP:         Ok.

OP:         That vehicle that you saw, you weren't able to make out, what?

RP:         [UI] I mean, from the size of it and the way it was going down…All I could see was brake lights.

OP:         Ok, but you heard that vehicle.

RP:         I heard it, it sounded. It, it, it, I don't know, it sounded like a car that had a, you know, like, like, um, the, the, you know when they [UI] make the engine make noise.

OP:         Um, the…

RP:         It wasn't the muffler. It wasn't the…

OP:         Not the muffler?

RP:         No, because my son has a muffler that makes noise and I know it wasn't the muffler.

OP:         With loud motor?

RP:         Yeah.

OP:         With loud motor.

RP:         And you see, it had gone down.

**UNCLASSIFIED**

File Number: 245D-LA-256619
Session Number:  REDACTED_INC.120510000091(3)

OP:     Uh, huh. Go on. Ok, you said that, ok that when you heard it, you heard it coming at a slow pace [UI]?

RP:     It was just, no, nah. It wasn't slow. It wasn't, it was just going down regular pace and, and the reason why I noticed it is because that was the second time it had gone down the block.

OP:     Oh.

RP:     You know, and I heard the noise. And I was like damn, you know, I just figured well maybe they're going from one place to the other, but you would hear it going in one direction, then the other. And both times it appeared to be going in the same direction when I heard it.

OP:     Only observed tail lights of the vehicle.

RP:     I wanted to go outside but I know my phone is going to cut off.

OP:     [UI] also advised, uh vehicle.

RP:     I can smell the gun powder.

OP:     Vehicle had previously driven by, right?

RP:     Uh huh.

OP:     Ok, how long would you say between the first time you heard it pass by to now?

RP:     Maybe ten minutes.

OP:     Ok, ma'am. We do have units on the way and other people are reporting the shots heard.

RP:     Ok.

OP:     Hold on a second. Hold on ma'am.

RP:     God, why didn't I look out the window?

OP:     Ok, ma'am, the police are on the way.

RP:     Ok. They're not coming to me are they?

OP:     No, no, no, no, no. I'm going to go ahead and you may remain anonymous but I am required to offer your name and telephone number. Would you like to leave that information?

3
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  245D-LA-256619
Session Number:  REDACTED_INC.120510000091(3)

| | |
|---|---|
| RP: | No, I have no problem with it. |
| OP: | Go ahead. |
| RP: | [REDACTED]. |
| UF: | For emotional support. |
| OP: | Ok. |
| RP: | As it appears, cause I'm sure it came up. |
| OP: | Yes, I just need to ask and it's ok if you don't want the police to talk to you. |
| RP: | No, they can call me but I was about to get in the tub when, you know, like about to go to bed and um, you know. I mean, you know I've heard shots before in the area [UI]. Not often, thank god but [UI]. |
| OP: | You saw the tail lights heading east on 58, right? |
| RP: | Yeah going [UI] cause they didn't pass going [UI]. They would have had to pass going west, I mean, you know, and they didn't drive back by my house, you know. I'm west of where that happened and they didn't drive back, but I, I, when I heard it I'm like 'oh my God,' you know .[UI] but they didn't come down this way, they and that's when I opened up the door and looked down the street and I saw the tail lights. But they were like, just [UI], I mean, you know, at that point. [UI]. I didn't know if they were being shot at or they the ones doing the shooting or, or if ever [UI]. |
| OP: | It looks like there was, there was a, a victim out there. So. |
| RP: | Oh shit. |
| OP: | [UI] Very, very, very. Thank you very much miss. [REDACTED]. Thank you very much, you've been very cooperative. |
| RP: | Alright, thank you. |
| OP: | Thank you. Bye-bye. |

END

4
**UNCLASSIFIED**

# EXHIBIT B-3

# LOS ANGELES POLICE DEPARTMENT



**CHARLIE BECK**
Chief of Police

**ANTONIO R. VILLARAIGOSA**
Mayor

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 978-6585
TDD: (877) 275-5273
Ref #: 10.2

## AFFIDAVIT

I state that I, _____Lourdes Varas_____, Serial No.____G8442_____, am a duly authorized Custodian of Taped Records of Communications Division and have authority to certify the attached records.

The accompanying attachments are true copies of all records described in your request.

The records were prepared by personnel of the City of Los Angeles in the ordinary scope and course of business at or near the time of the acts or events.

I attest the above to be true under penalty of perjury.

Date: _____6/12/12_____

Signature _____

CHARLIE BECK
Chief of Police

JOEL JUSTICE, Captain
Commanding Officer
Communications Division

Attachments

AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER
www.LAPDOnLine.org
www.joinLAPD.com

DEF.ONLY023276

# EXHIBIT C-1

Subscriber Records Created: 10/10/2012 9:55:19 AM

# metroPCS®

| Search Type: | Search Number: | Search Start Date: | Search End Date: |
|---|---|---|---|
| MDN | 3236747124 | 05/09/2012 | 05/11/2012 |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| A▮▮▮▮ E▮▮▮▮ | 2025 W.Martin L. K. Los Angeles CA 90062- | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| A▮▮▮▮ E▮▮▮▮ | 888825278 | 09/17/2010 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-674-7124 | 323-944-1200 | 268435459309841990 | |
| **Phone Model:** | **IMSI:** | | |
| LG MN240 IMPRINT | 311660003048202 | | |
| **ICCID:** | | | |
| 89311660120030368007 | | | |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| A▮▮▮▮ E▮▮▮▮ | 2025 W.Martin L. K. Los Angeles CA 90062- | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| A▮▮▮▮ E▮▮▮▮ | 888825278 | 09/17/2010 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-674-7124 | 323-944-1200 | 268435460801694873 | |
| **Phone Model:** | **IMSI:** | | |
| SAMSUNG R720 ADMIRE | 311660003048202 | | |
| **ICCID:** | | | |
| 89311660120030368007 | | | |
| | | | |
| **Search Type:** | **Search Number:** | **Search Start Date:** | **Search End Date:** |
| MDN | 3233202259 | 05/09/2012 | 05/11/2012 |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| K▮▮▮▮ ▮ | 2025 W MLK BLVD LOS ANGELES CA 90062-1434 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| JOSHUA PEREZ | 500379175 | 01/25/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-320-2259 | 424-207-5775 | 268435459311337007 | |
| **Phone Model:** | **IMSI:** | | |
| LG MN240 IMPRINT | 311660001247320 | | |
| **ICCID:** | | | |

DEF.ONLY023308



| 89311660120012359180 | | | |
|---|---|---|---|
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| K███ J███████ | 2025 W MLK BLVD LOS ANGELES CA 90062-1434 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| JOSHUA PEREZ | 500379175 | 01/25/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-320-2259 | 424-207-5775 | 268435460510884423 | |
| **Phone Model:** | **IMSI:** | | |
| HUAWEI M635 | 311660001247320 | | |
| **ICCID:** | | | |
| 89311660120012359180 | | | |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| K███ J███████ | 2025 W MLK BLVD LOS ANGELES CA 90062-1434 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| JOSHUA PEREZ | 500379175 | 01/25/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-320-2259 | 424-207-5775 | 268435460213904816 | |
| **Phone Model:** | **IMSI:** | | |
| SAMSUNG R380 FREEFORM III | 311660001247320 | | |
| **ICCID:** | | | |
| 89311660120012359180 | | | |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| K███ J███████ | 2025 W MLK BLVD LOS ANGELES CA 90062-1434 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| JOSHUA PEREZ | 500379175 | 01/25/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-320-2259 | 424-207-5775 | 268435459309841990 | |
| **Phone Model:** | **IMSI:** | | |
| LG MN240 IMPRINT | 311660001247320 | | |
| **ICCID:** | | | |
| 89311660120012359180 | | | |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| K███ J███████ | 2025 W MLK BLVD LOS ANGELES CA 90062-1434 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date:** | **Account Termination Date:** |
| JOSHUA PEREZ | 500379175 | 01/25/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |

DEF.ONLY023309



Subscriber Records Created: 10/10/2012 9:55:19 AM

| 323-320-2259 | 424-207-5775 | 268435460806817598 | |
|---|---|---|---|
| Phone Model: | IMSI: | | |
| SAMSUNG R720 ADMIRE | 311660001247320 | | |
| ICCID: | | | |
| 8931166012012359180 | | | |
| | | | |

DEF.ONLY023310

# EXHIBIT C-2



Call Details

Records for Target Number: 3233202259

| | | | | | | | | | Beginning Cell | | | Ending Cell | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Duration | DIR | Dialed Number | Dest Number | Status | Special Features | CallerID | Switch | Sector | Tower | Switch | Sector | Tower |
| 5/9/2012 | 00:05:33 | 0:13 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3233051840 | Sante Fe1 | 5 | 163 | | 5 | 163 |
| 5/9/2012 | 00:07:11 | 0:07 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3233709641 | Sante Fe1 | | | | | |
| 5/9/2012 | 00:21:19 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3233051840 | Sante Fe1 | | | | | |
| 5/9/2012 | 09:00:21 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 5624810385 | Sante Fe1 | | | | | |
| 5/9/2012 | 09:01:11 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 5624810385 | Sante Fe1 | | | | | |
| 5/9/2012 | 09:01:49 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 5624810385 | Sante Fe1 | | | | | |
| 5/9/2012 | 12:19:44 | 1:15 | Outgoing Call | 2134790216 | 2134790216 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/9/2012 | 12:53:20 | 0:15 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2134790216 | Sante Fe1 | | | | | |
| 5/9/2012 | 12:53:43 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2134790216 | Sante Fe1 | | | | | |
| 5/9/2012 | 12:55:36 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2134790216 | Sante Fe1 | | | | | |
| 5/9/2012 | 14:19:12 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 5624810385 | Santa Fe2 | | | | | |
| 5/9/2012 | 14:19:31 | 0:10 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 5624810385 | Santa Fe2 | | | | | |
| 5/9/2012 | 15:53:46 | 0:23 | Outgoing Call | 3232390785 | 3232390785 | Not Answered | None | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/9/2012 | 16:37:41 | 1:06 | Outgoing Call | 3237845829 | 3237845829 | Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/9/2012 | 16:39:20 | 0:23 | Outgoing Call | 3232394368 | 3232394368 | Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/9/2012 | 16:41:31 | 1:09 | Incoming Call | | 3233202259 | Answered | None | 3232390785 | Sante Fe1 | 2 | 163 | | 2 | 163 |
| 5/9/2012 | 16:47:55 | 0:05 | Incoming Call | | 3233202259 | Not Answered | | 3233709641 | Sante Fe1 | 5 | 163 | | 5 | 163 |
| 5/9/2012 | 17:02:46 | 0:41 | Incoming Call | | 3233202259 | Answered | None | 3232394368 | Sante Fe1 | 2 | 163 | | 5 | 163 |
| 5/9/2012 | 17:08:01 | 0:42 | Incoming Call | | 3233202259 | Answered | None | 3232394368 | Sante Fe1 | 5 | 163 | | 5 | 163 |
| 5/9/2012 | 17:12:27 | 0:27 | Incoming Call | | 3233202259 | Answered | None | 3232394368 | Sante Fe1 | 1 | 163 | | 1 | 163 |
| 5/9/2012 | 20:00:33 | 0:26 | Incoming Call | | 3233202259 | Not Answered | Outside Home Switch | 3233051840 | Anaheim2 | 2 | 155 | | 6 | 860 |
| 5/9/2012 | 20:01:00 | 0:05 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3233051840 | Sante Fe1 | | | | | |
| 5/9/2012 | 20:05:22 | 0:47 | Outgoing Call | 3233051840 | 3233051840 | Answered | | | Anaheim2 | 5 | 349 | | 3 | 349 |
| 5/9/2012 | 20:09:12 | 0:25 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232390785 | Sante Fe1 | 3 | 145 | | 2 | 336 |
| 5/9/2012 | 20:12:03 | 0:25 | Incoming Call | | 3233202259 | Not Answered | None | 3232390785 | Sante Fe1 | 2 | 337 | | 1 | 337 |
| 5/9/2012 | 21:26:10 | 0:45 | Incoming Call | | 3233202259 | Answered | None | 3232394368 | Sante Fe1 | 5 | 19 | | 1 | 539 |
| 5/9/2012 | 21:48:34 | 0:17 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232390785 | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/9/2012 | 23:27:55 | 0:40 | Incoming Call | | 3233202259 | Answered | None | 3232394368 | Sante Fe1 | 2 | 172 | | 1 | 172 |
| 5/10/2012 | 00:15:35 | 0:13 | Incoming Call | | 3233202259 | Not Answered | None | 3232394368 | Sante Fe1 | 5 | 180 | | 5 | 180 |
| 5/10/2012 | 00:16:09 | 0:26 | Outgoing Call | 3232394368 | 3232394368 | Answered | None | | Sante Fe1 | 6 | 172 | | 6 | 172 |
| 5/10/2012 | 06:10:43 | 1:32 | Outgoing Call | 3232390785 | 3232390785 | Answered | None | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 06:43:57 | 0:05 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232390785 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 10:34:38 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 10:54:04 | 0:11 | Outgoing Call | 3235420303 | 3235420303 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 12:28:54 | 1:33 | Outgoing Call | 3233921847 | 3233921847 | Answered | Outside Home Switch | | Santa Fe2 | | | | | |
| 5/10/2012 | 12:28:56 | 1:31 | Incoming Call | | 3233202259 | Answered | Outside Home Switch | 3236747124 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 12:55:19 | 0:52 | Outgoing Call | 3233921821 | 3233921821 | Answered | Outside Home Switch | | Santa Fe2 | | | | | |
| 5/10/2012 | 12:55:24 | 0:47 | Incoming Call | | 3233202259 | Answered | Outside Home Switch | 3236747124 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 13:47:44 | 0:06 | Incoming Call | | 3233202259 | Not Answered | | 3233709641 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 13:50:20 | 0:44 | Outgoing Call | 3235420303 | 3235420303 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 13:51:13 | 1:26 | Outgoing Call | 3235420303 | 3235420303 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |

1 of 4

Exhibit 342.1



Call Details

| Date | Time | Duration | DIR | Dialed Number | Dest Number | Status | Special Features | CallerID | Beginning Cell Switch | Sector | Tower | Ending Cell Switch | Sector | Tower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Search Number: 3233202259 Search Dates: 5/9/2012 - 5/11/2012 | | | | | | | | | |
| 5/10/2012 | 14:47:25 | 0:53 | Incoming Call | | 3233202259 | Answered | | 3235420303 | Sante Fe1 | 1 | 19 | | 1 | 539 |
| 5/10/2012 | 14:53:04 | 0:38 | Outgoing Call | 3237845829 | 3237845829 | Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 14:59:48 | 1:03 | Incoming Call | | 3233202259 | Answered | None | 3239841044 | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 15:00:57 | 0:04 | Outgoing Call | 3237845829 | 3237845829 | Not Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 15:05:52 | 0:32 | Incoming Call | | 3233202259 | Answered | None | 3239841044 | Sante Fe1 | 1 | 19 | | 4 | 172 |
| 5/10/2012 | 15:06:43 | 0:31 | Outgoing Call | 3235420303 | 3235420303 | Answered | | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 15:08:28 | 4:59 | Outgoing Call | 2134790216 | 2134790216 | Answered | | | Sante Fe1 | 1 | 539 | | 2 | 164 |
| 5/10/2012 | 15:14:52 | 0:23 | Incoming Call | | 3233202259 | Answered | None | 2139094501 | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 15:17:52 | 0:05 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | 5 | 19 | | 4 | 172 |
| 5/10/2012 | 15:18:58 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:20:12 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:23:49 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:26:00 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235033697 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:28:46 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:32:07 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:34:31 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:37:35 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:37:46 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:40:06 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:40:21 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:41:32 | 0:05 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:43:15 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 15:46:31 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:39:06 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:39:16 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:39:32 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:50:54 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:51:04 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:51:17 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:52:13 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239841044 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:53:02 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 16:56:45 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 17:00:30 | 0:05 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 17:03:06 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 17:19:22 | 0:05 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239153216 | Sante Fe1 | | | | | |
| 5/10/2012 | 17:19:33 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3239153216 | Sante Fe1 | | | | | |
| 5/10/2012 | 18:06:36 | 0:26 | Incoming Call | | 3233202259 | Not Answered | Outside Home Switch | 3232206009 | Sante Fe1 | 4 | 172 | | 4 | 172 |
| 5/10/2012 | 18:07:03 | 0:20 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232206009 | Santa Fe2 | | | | | |
| 5/10/2012 | 18:34:56 | 0:41 | Incoming Call | | 3233202259 | Answered | | 3235420303 | Sante Fe1 | 1 | 539 | | 5 | 19 |
| 5/10/2012 | 18:35:58 | 0:33 | Outgoing Call | 3233202259 | 3233202259 | Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 18:35:59 | 0:30 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - Busy | 3233202259 | Sante Fe1 | | | | | |

Exhibit 342.2



Call Details

Records for Target Number: 3233202259

| Date | Time | Duration | DIR | Dialed Number | Dest Number | Status | Special Features | CallerID | Beginning Cell Switch | Sector | Tower | Ending Cell Switch | Sector | Tower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2012 | 18:58:44 | 0:38 | Incoming Call | | 3233202259 | Answered | | 5627069351 | Sante Fe1 | 4 | 172 | | 1 | 19 |
| 5/10/2012 | 19:03:27 | 0:15 | Outgoing Call | 3237845829 | 3237845829 | Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 19:04:17 | 0:47 | Incoming Call | 23 | 23 | Not Answered | | | Sante Fe1 | 1 | 19 | | 4 | 172 |
| 5/10/2012 | 19:05:14 | 0:52 | Outgoing Call | 32 | 32 | Not Answered | | | Sante Fe1 | 1 | 19 | | 1 | 19 |
| 5/10/2012 | 19:13:20 | 0:27 | Incoming Call | | 3233202259 | Answered | | 3235420303 | Sante Fe1 | 1 | 539 | | 1 | 19 |
| 5/10/2012 | 19:15:30 | 3:15 | Incoming Call | | 3233202259 | Answered | | 5627069351 | Sante Fe1 | 1 | 19 | | 1 | 19 |
| 5/10/2012 | 19:19:17 | 0:59 | Outgoing Call | 23 | 23 | Not Answered | | | Sante Fe1 | 4 | 172 | | 4 | 172 |
| 5/10/2012 | 19:20:03 | 0:06 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - Busy | 5627069351 | Sante Fe1 | | | | | |
| 5/10/2012 | 19:20:30 | 0:32 | Incoming Call | | 3233202259 | Answered | | 5627069351 | Sante Fe1 | 1 | 19 | | 1 | 19 |
| 5/10/2012 | 19:20:38 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - Busy | 3235420303 | Sante Fe1 | | | | | |
| 5/10/2012 | 19:20:49 | 1:30 | Incoming Call | | 3233202259 | Answered | Call Waiting | 3235420303 | Sante Fe1 | 1 | 19 | | 1 | 539 |
| 5/10/2012 | 19:22:30 | 0:14 | Incoming Call | | 3233202259 | Answered | | 3235420303 | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 20:01:31 | 1:33 | Incoming Call | | 3233202259 | Answered | None | 3238308635 | Sante Fe1 | 1 | 19 | | 4 | 172 |
| 5/10/2012 | 20:04:26 | 0:08 | Outgoing Call | 23 | 23 | Not Answered | | | Sante Fe1 | 4 | 172 | | 4 | 172 |
| 5/10/2012 | 20:37:38 | 0:57 | Incoming Call | | 3233202259 | Answered | | 2132219264 | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/10/2012 | 20:53:54 | 0:48 | Incoming Call | | 3233202259 | Answered | | 2132219264 | Sante Fe1 | 1 | 539 | | 5 | 19 |
| 5/10/2012 | 21:35:27 | 1:11 | Incoming Call | | 3233202259 | Answered | None | 3235033697 | Sante Fe1 | 4 | 172 | | 5 | 19 |
| 5/10/2012 | 23:07:00 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2132219264 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 23:19:50 | 0:11 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2132219264 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 23:26:52 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 6265929348 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 23:33:24 | 0:40 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2132219264 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/10/2012 | 23:59:53 | 0:35 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 2132219264 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 00:02:51 | 1:05 | Outgoing Call | 2132219264 | 2132219264 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 00:13:24 | 1:22 | Incoming Call | | 3233202259 | Answered | | 2134790216 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 09:50:00 | 1:24 | Incoming Call | | 3233202259 | Answered | | 7139810098 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 11:39:44 | 1:45 | Incoming Call | | 3233202259 | Answered | None | 3232390785 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 12:59:48 | 0:21 | Incoming Call | | 3233202259 | Not Answered | None | 2139094501 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 13:52:11 | 0:21 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232390785 | Sante Fe1 | 4 | 173 | | 4 | 173 |
| 5/11/2012 | 13:52:44 | 0:15 | Outgoing Call | 3233709641 | 3233709641 | Answered | | | Sante Fe1 | 4 | 173 | | 4 | 173 |
| 5/11/2012 | 14:58:52 | 0:53 | Incoming Call | | 3233202259 | Answered | None | 3232390785 | Sante Fe1 | 4 | 173 | | 4 | 173 |
| 5/11/2012 | 15:01:53 | 3:26 | Outgoing Call | 3233709641 | 3233709641 | Answered | | | Sante Fe1 | 4 | 173 | | 4 | 173 |
| 5/11/2012 | 15:45:22 | 2:00 | Outgoing Call | 3235420303 | 3235420303 | Answered | | | Sante Fe1 | 5 | 19 | | 5 | 19 |
| 5/11/2012 | 16:04:38 | 0:25 | Incoming Call | | 3233202259 | Answered | | 3235420303 | Sante Fe1 | 1 | 19 | | 1 | 19 |
| 5/11/2012 | 17:00:30 | 0:33 | Outgoing Call | 3232390785 | 3232390785 | Answered | None | | Sante Fe1 | 1 | 19 | | 1 | 19 |
| 5/11/2012 | 17:11:51 | 0:35 | Outgoing Call | 3232390785 | 3232390785 | Answered | None | | Sante Fe1 | 1 | 164 | | 1 | 164 |
| 5/11/2012 | 17:12:37 | 1:27 | Incoming Call | | 3233202259 | Answered | None | 3232390785 | Sante Fe1 | 1 | 164 | | 1 | 164 |
| 5/11/2012 | 17:20:13 | 1:17 | Incoming Call | | 3233202259 | Answered | | 2134790216 | Sante Fe1 | 5 | 163 | | 5 | 163 |
| 5/11/2012 | 18:50:26 | 1:18 | Incoming Call | | 3233202259 | Answered | | 2134790216 | Sante Fe1 | 2 | 164 | | 4 | 172 |
| 5/11/2012 | 18:54:18 | 0:13 | Outgoing Call | 3233709641 | 3233709641 | Answered | | | Sante Fe1 | 2 | 172 | | 2 | 172 |
| 5/11/2012 | 18:56:01 | 0:37 | Outgoing Call | 3235420303 | 3235420303 | Answered | | | Sante Fe1 | 4 | 172 | | 2 | 172 |
| 5/11/2012 | 19:03:19 | 1:00 | Incoming Call | | 3233202259 | Answered | None | 3237845829 | Sante Fe1 | 6 | 163 | | 6 | 163 |

Exhibit 342.3



Call Details

Records for Target Number: 3233202259

| | | | | | | | | | Beginning Cell | | | Ending Cell | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Search Number: 3233202259 Search Dates: 5/9/2012 - 5/11/2012 | | | | | | | | | | | | | | |
| Date | Time | Duration | DIR | Dialed Number | Dest Number | Status | Special Features | CallerID | Switch | Sector | Tower | Switch | Sector | Tower |
| 5/11/2012 | 19:15:05 | 1:05 | Outgoing Call | 3237845829 | 3237845829 | Answered | None | | Sante Fe1 | 4 | 172 | | 1 | 19 |
| 5/11/2012 | 19:21:26 | 1:08 | Incoming Call | | 3233202259 | Answered | None | 3237845829 | Sante Fe1 | 1 | 539 | | 5 | 19 |
| 5/11/2012 | 19:25:40 | 0:40 | Incoming Call | | 3233202259 | Answered | | 3235420303 | Sante Fe1 | 4 | 172 | | 4 | 172 |
| 5/11/2012 | 20:08:56 | 0:38 | Outgoing Call | 3232394368 | 3232394368 | Answered | None | | Sante Fe1 | 1 | 539 | | 1 | 539 |
| 5/11/2012 | 20:10:14 | 0:53 | Outgoing Call | 3237845829 | 3237845829 | Answered | None | | Sante Fe1 | 1 | 539 | | 5 | 19 |
| 5/11/2012 | 20:42:20 | 0:32 | Outgoing Call | 2134790216 | 2134790216 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 20:43:01 | 0:23 | Outgoing Call | 2134790216 | 2134790216 | Answered | | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 20:43:44 | 1:02 | Incoming Call | | 3233202259 | Answered | | 2134790216 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 21:49:40 | 0:03 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232394368 | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 22:04:19 | 0:29 | Outgoing Call | 3232394368 | 3232394368 | Answered | None | | Sante Fe1 | 1 | 500 | | 1 | 500 |
| 5/11/2012 | 22:24:20 | 0:38 | Outgoing Call | 3232394368 | 3232394368 | Answered | None | | Sante Fe1 | 1 | 19 | | 1 | 539 |
| 5/11/2012 | 22:41:38 | 0:04 | Incoming Call | 8013233202259 | 3233202259 | Answered | Call FWD - No Reply | 3232394368 | Sante Fe1 | 1 | 500 | | 1 | 500 |

Exhibit 342.4

# EXHIBIT C-3



Law Enforcement Relations

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                         January 05, 2018

---

T-Mobile / MetroPCS Tracking ID: 544234

I, Jeffrey Bass, am employed by T-Mobile, U.S.A., Inc and I am a Custodian of Records.

I further state that all of the records described below and attached hereto are duplicates of the original and are true
and complete copies of records maintained by T-Mobile, U.S.A., Inc.

## Description of records:

| MSISDN | Start Date | End Date | Requested Item |
|---|---|---|---|
| 6786833856 | 12/01/2012 | 01/14/2013 | Call Details With Cell Sites |
| 6786833856 | 12/01/2012 | 01/14/2013 | Subscriber Info |
| 6786833856 | 12/01/2012 | 01/14/2013 | Text No Content |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
       information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by
me herein are willfully false, I am subject to punishment.

                                                        Sincerely

                                                        Law Enforcement Relations Group

Exhibit 340

# EXHIBIT C-4



Subscriber Records Created: 12/26/2012 3:35:45 PM

| 1 323 743-7210 | | | |
|---|---|---|---|
| **Search Type:** | **Search Number:** | **Search Start Date:** | **Search End Date:** |
| MDN | 3232394368 | 04/10/2012 | 05/31/2012 |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| BYRON BRUCE | ▮ LOS ANGELES CA 90061-2513 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date** | **Account Termination Date:** |
| BYRON BRUCE | ▮ | 11/02/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-239-4368 | 323-227-2256 | 268435460610813054 | |
| **Phone Model:** | **IMSI:** | | |
| HUAWEI M635 | 311660000490130 | | |
| **ICCID:** | | | |
| 89311660120004787281 | | | |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| BYRON BRUCE | ▮ LOS ANGELES CA 90061-2513 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date** | **Account Termination Date:** |
| BYRON BRUCE | ▮ | 11/02/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-239-4368 | 323-227-2256 | 268435459913166786 | |
| **Phone Model:** | **IMSI:** | | |
| KYOCERA S1350 PRESTO | 311660000490130 | | |
| **ICCID:** | | | |
| 89311660120004787281 | | | |
| **Subscriber Name:** | **Subscriber Address:** | **Subscriber Status:** | |
| BYRON BRUCE | ▮ LOS ANGELES CA 90061-2513 | Active | |
| **Account Name:** | **Account Number:** | **Account Activation Date** | **Account Termination Date:** |
| BYRON BRUCE | ▮ | 11/02/2011 | |
| **MDN:** | **MIN:** | **ESN/MEID:** | |
| 323-239-4368 | 323-227-2256 | 268435460610813054 | |
| **Phone Model:** | **IMSI:** | | |
| HUAWEI M635 | 311660000490130 | | |
| **ICCID:** | | | |
| 89311660120004787281 | | | |

DEF.ONLY023291

# EXHIBIT C-5



## CERTIFICATION FOR METROPCS RECORDS

Felicia Birdwell Barnes
Security Compliance
2250 Lakeside Blvd.
Richardson, Texas 75082
1.800.571.1265

Re: <u>CORE#:</u> ▮

<u>**Target Number:**</u> **323-239-4368**    <u>**Range:**</u>    **4/10/2012 – 5/31/2012**

☐ <u>**Certification of No Records:**</u>    Requested call detail and text message records existed at one time but were not found for the above target numbers for the period above.

I, Felicia Birdwell Barnes, hereby declare:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of the certification.
2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified above.
3. The records are originals or duplicate copies of domestic (United States) business records.
4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
5. The records were kept in the course of regularly conducted business activity; and
6. The records were made by the regularly conducted business activity as a regular practice.

<u>**Subscriber Records**</u>
The subscriber records were prepared by MetroPCS personnel in the ordinary course of business at or near the time of the act, condition, or event. Account information is entered into the MetroPCS Billing System where the data is stored. The Custodian of Records retrieves the stored data from the MetroPCS Billing System via billing software for compliance purposes.

<u>**Call Detail Records**</u>
The Call detail is recorded at the MetroPCS switch, to which the handset is assigned, at or near the time of the event. MetroPCS makes it a regular business practice to have the records stored for the purpose of assisting agencies with lawful subpoena requests for call detail records. **The call detail files are maintained for <u>approximately 6 months</u> depending on size and quantity, after which they are overwritten and cannot be recovered.**

<u>**Text Messages**</u>
Text messages are stored in a server located in Texas, Central Standard Time. MetroPCS makes it a regular business practice to have the records stored for the purpose of complying with lawful requests for text messages. **The files are maintained for approximately 60 days depending on size and quantity, after which they are overwritten and cannot be recovered.**

_Felicia Birdwell Barnes_    **Felicia Birdwell Barnes**

_Signature of Declarant_    _Printed Name_

                                     **1/2/2013**

<u>Custodian of Record    MetroPCS</u>
_Title          Company Name_    _Date of Declaration_